**Cody WARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 73967.**

Missouri Court of Appeals,
Western District.

Aug. 28, 2012.

Margaret M. Johnston, Columbia, MO, for appellant.

Karen L. Kramer, Jefferson City, MO, for respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, KAREN KING MITCHELL, Judge and CYNTHIA L. MARTIN, Judge.

## ORDER

PER CURIAM:

Cody L. Ward appeals from the motion court's denial of his Rule 2 motion. Ward claims that trial counsel was ineffective for failing to explain why he should waive a preliminary hearing, and that the waiver resulted in Ward not knowing the strength of the State's evidence. Ward claims his guilty plea was unknowing as a result. We affirm. Rule 84.16(b).